FILED
2021 SEP 30 PM 3:44
CLERK
U.S. DISTRICT COURT

Jared J. Braithwaite (UT State Bar No. 12455)
  jbraithwaite@mabr.com
Alexis K. Juergens (UT State Bar No. 16861)
  ajuergens@mabr.com
MASCHOFF BRENNAN
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
(801) 297-1850

Attorneys for Defendant Pacific Aquascape International, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **Crystal Lagoons U.S. Corp.;** **Crystal Lagoons Technologies, Inc.**, <br><br> Plaintiffs, <br><br> v. <br><br> **Pacific Aquascape International, Inc.**, <br><br> Defendant. | Civil No. 2:21-cv-00507-DBP <br><br> **Acceptance of Service** <br><br> Magistrate Judge Dustin B. Pead |

The Undersigned, being the attorney for Pacific Aquascape International Inc. in the above-captioned matter, hereby accepts service of Plaintiffs' Complaint (Docket No. 2) in the above-captioned matter, as if Pacific Aquascape had been served personally with same pursuant to Rule 4, Federal Rules of Civil Procedure, on September 30, 2021.

Dated: September 30, 2021.                     Respectfully submitted,

                                                MASCHOFF BRENNAN

                                        By:    */s/ Jared J. Braithwaite*
                                                Jared J. Braithwaite
                                                Alexis K. Juergens

                                                Attorneys for Defendant
                                                Pacific Aquascape International, Inc.